IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| HEATHER LEANE ALLEN f/k/a BENNETT; JOHN DOE 1-100; and JANE DOE 1-100,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPLIANCE MONITORING SYSTEMS, a Montana Corporation; RONALD HILE; ABC CORPORATION 1-10; and JOHN DOE A-J,<br><br>Defendants. | CV 17– 06 – M –DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 8a day of January, 2018.

Donald W. Molloy, District Judge
United States District Court